**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| ORDER FOR SELECTION ) | |
| OF 2012 GRAND JURORS ) | Misc. No. 3:11MC184 |
| FOR CHARLOTTE DIVISION ) | |

IT IS ORDERED that the Clerk and/or authorized Deputy Clerk draw from the Charlotte master jury wheel 125 names and draw from the Statesville master jury wheel 125 names for the service as 2012 GRAND JURORS for the United States District Court, Western District of North Carolina, Charlotte Division. The first appearance of these Grand Jurors is scheduled for Tuesday, January 17, 2012, at 8:30 o'clock in the forenoon.

When the Grand Jury Panel is selected and sworn, they are to serve for a period of time not to exceed eighteen months, including twelve regular terms of court convening on January 17, 2012; February 21, 2012; March 20, 2012; April 17, 2012; May 15, 2012; June 19, 2012; July 17, 2012; August 21, 2012; September 18, 2012; October 16, 2012; November 20, 2012; and December 11, 2012; and any additional sessions or dates which may be required.

Signed: December 5, 2011

Robert J. Conrad, Jr.
Chief United States District Judge